UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE CLEVELAND, | Case No: CV-12-80217-YGR |
| Plaintiff, | **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| vs. | |
| AZIZ IBRAHIM AND MICHAEL IBRAHIM, | |
| Defendants. | |

On March 7, 2014 Plaintiff and Judgment Creditor Antoinette Cleveland filed a Substitution of Attorney whereby she substituted Ross A. Spector, Esq. of Spector & Bennett, A Professional Corporation in place and stead of Steven A. Booska, Attorney at Law as her counsel.

A filed copy of said Substitution of Attorney is attached hereto.

Plaintiff and Judgment Creditor Antoinette Cleveland's substitution of attorney is hereby approved and so ORDERED.

Date: April 8, 2014

_____
United States District Judge
YVONNE GONZALEZ ROGERS

ORDER                                                                 1

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ross A. Spector, Esq. 135949<br>Spector & Bennett, A Professional Corp.<br>50 California Street, 15th Floor<br>San Francisco, California 94111<br>TELEPHONE NO.: (415) 439-5390  FAX NO. (Optional): (415) 707-2064<br>E-MAIL ADDRESS (Optional): ross.spector@spectorandbennett.com<br>ATTORNEY FOR (Name): Judgment Creditor Antoinette Cleveland | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: United States District Court
MAILING ADDRESS: 1301 Clay Street
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Northern District of California

CASE NAME:
Cleveland v. Ibrahim

| SUBSTITUTION OF ATTORNEY - CIVIL<br>(Without Court Order) | CASE NUMBER:<br>CV-12-80217-MISC |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Antoinette Cleveland    makes the following substitution:
1. Former legal representative ☐ Party represented self ☒ Attorney (name): Steven A. Booska
2. New legal representative ☐ Party is representing self* ☒ Attorney
   a. Name: Ross A. Spector          b. State Bar No. (if applicable): 135949
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   Spector & Bennett, A Professional Corporation
   50 California Street, 15th Floor
   San Francisco, California 94111
   d. Telephone No. (include area code): (415) 439-5390
3. The party making this substitution is a ☐ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☒ other (specify):
   Judgment Creditor

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: December 26, 2013

   Antoinette Cleveland
   (TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: November    , 2013

   Steven A. Booska
   (TYPE OR PRINT NAME)                         (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: November    , 2013

   Ross A. Spector
   (TYPE OR PRINT NAME)                         (SIGNATURE OF NEW ATTORNEY)
                    (See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]



SUBSTITUTION OF ATTORNEY - CIVIL
(Without Court Order)

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC-050

| CASE NAME: | CASE NUMBER: |
|---|---|
| Cleveland v. Ibrahim | CV-12-80217-MISC |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney - Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney-Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney-Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause**. I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):* 50 California Street, 15th Floor, San Francisco, CA 94111

2. I served the Substitution of Attorney-Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: 2/12/2014   (2) Place of mailing *(city and state):* San Francisco, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/12/2014

M. Waal
(TYPE OR PRINT NAME)                             (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Aziz Ibrahim
   b. Address *(number, street, city, and ZIP):* 35030 Spender Court
      Fremont, CA 94536

   c. Name of person served: Michael Ibrahim
   d. Address *(number, street, city, and ZIP):* 31080 Union City Blvd., SUite 202
      Union City, CA 94587

   e. Name of person served:
   f. Address *(number, street, city, and ZIP):*

   g. Name of person served:
   h. Address *(number, street, city, and ZIP):*

   i. Name of person served:
   j. Address *(number, street, city, and ZIP):*

☐ List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2009]         **SUBSTITUTION OF ATTORNEY - CIVIL**         Page 2 of 2
 Martin Dean's ESSENTIAL FORMS™           **(Without Court Order)**