ROSS A. SPECTOR, ESQ. (SB #135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California  94111
Telephone:  (415) 439-5390
Fax: (415) 707-2064
Email: ross.spector@spectorandbennett.com

Attorneys for Plaintiff and Judgment Creditor Antoinette Cleveland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTOINETTE CLEVELAND,<br><br>    Plaintiff,<br><br>vs.<br><br>AZIZ IBRAHIM and MICHAEL IBRAHIM,<br><br>    Defendants.<br>_____ / | Case: 4:12-mc-80217-MISC<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT ISSUE<br><br>Hearing Date: January 8, 2016<br>Time: 9:30 a.m.<br>**Courtroom G**<br><br>*Hon. Joseph C. Spero* |

TO:    THE JUDGMENT DEBTOR AND ANY OTHER DEFENDANT(S) HEREIN:

The Court having considered the ex parte application of the Judgment Creditor for an Order for Sale of the swelling commonly known as 35030 Spender Court, Fremont, California and for good cause,

IT IS HEREBY ORDERED that Judgment Debtors AZIZ IBRAHIM and MICHAEL IBRAHIM appear on January 8, 2016 at 9:30 a.m. in Courtroom G of this Court, located at 450 Golden Gate Avenue, San Francisco, California, to show cause, if any, why the attached ex parte application for sale of dwelling should not be granted.

IT IS FURTHER ORDERED that a copy of this Order to Show Cause, of the ex parte application of the Judgment Creditor and the Notice of Hearing in the form prescribed by the

California Judicial Council shall be served, personally or by mail, on the Judgment Debtor. Copies of these documents shall also be personally served on the occupant(s) of the dwelling or, if no occupant(s) is/are present at the time service is attempted, posted in a conspicuous place at the dwelling.  Service and posting of these documents shall be accomplished at least 30 days before the date of the hearing set forth above.

DATED:  12/3/15



_____
Jos&#8203;
United States Magistrate Judge

[PROPOSED] ORDER TO SHOW CAUSE                                                                                     2